# Court of Appeals
# of the State of Georgia

ATLANTA,  June 24, 2014

*The Court of Appeals hereby passes the following order:*

## A14A1894. ANGELA WILLIAMSON v. ATLANTA INDEPENDENT SCHOOL SYSTEM.

Angela Williamson filed this direct appeal seeking review of the trial court's order affirming the decision of the State Board of Education. We lack jurisdiction.

An appeal from a decision of the superior court reviewing a decision of a local administrative agency must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (1). Because Williamson failed to follow the discretionary appeal procedure as required, this appeal is ordered DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/24/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*